UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

Edwin Gustavo Zacarias Chilel
                Plaintiff,

v.                                        Case No.: 1:25−cv−13590
                                                  Honorable Georgia N. Alexakis

Sam Olson, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 11, 2025:

      MINUTE entry before the Honorable Georgia N. Alexakis: For the reasons set forth in the accompanying order, the Court grants Zacarias Chilel's petition for a writ of habeas corpus [1]. Enter Order. The Court orders the government to provide Zacarias Chilel with a release hearing under section 1226(a) within five (5) days of this order or otherwise to release him. All respondents except for Sam Olson are dismissed from this matter. The Court declines to issue attorney's fees. Because this order provides the full relief to which Zacarias Chilel is entitled, the Clerk shall enter a final judgment order in his favor and terminate this civil case. Civil case terminated.(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.