ILND 450 (Rev. 04/29/2016) - Judgment in a Civil Action

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Edwin Gustavo Zacarias Chilel

Petitioner

v.

Sam Olson et al.

Respondent(s).

Case No. 25-cv-13590
Judge Georgia N. Alexakis

## CORRECTED JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☑ in favor of petitioner Edwin Gustavo Zacarias Chile
and against respondent(s) Sam Olson
in the amount of $

which ☐ includes $  pre–judgment interest.
   ☑ does not include pre–judgment interest.

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☑ other: The Court grants petitioner's Petition for a Writ of Habeas Corpus on the grounds that he is being held without the possibility of release on bond in violation of the Immigration and Nationality Act, 8 U.S.C. § 1226(a). The Court orders Respondent by 11/17/2025 to either (1) provide Petitioner with a bond hearing before an Immigration Judge; or (2) release Petitioner from custody. The Court dismisses Respondents Kristi Noem, the United States Department of Homeland Security, Pamela Bondi, the Executive Office for Immigration Review, and "Warden Doe" from this action.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☑ decided by Judge Alexakis on 11/12/2025

Date: 2/10/2026      Thomas G. Bruton, Clerk of Court

           Steven Hotze, Deputy Clerk